1  JEFFREY E. FAUCETTE (No. 193066)
   Email:  jfaucette@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  GERSON A. ZWEIFACH
   PAUL B. GAFFNEY
7  AARON P. MAURER
   DAVID I. BERL (No. 211761)
8  WILLIAMS & CONNOLLY LLP
   225 Twelfth Street, NW
9  Washington, District of Columbia  20005-5901
   Telephone:   202/434-5000
10 Facsimile:   202/434-5029

11 ELLIOT M. OLSTEIN
   CARELLA, BYRNE, BAIN, GILFILLAN,
12      CECCHI, STEWART & OLSTEIN, P.C.
   Five Becker Farm Road
13 Roseland, New Jersey  07068-1739
   Telephone:   973/994-1700
14 Facsimile:   973/994-1744

15 Attorneys for Plaintiff
   MEDIMMUNE, LLC

16

17             UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                    SAN JOSE DIVISION

20

| 21 | MEDIMMUNE, LLC, | No. CV 08 5590 JF |
|---|---|---|
| 22 | Plaintiff, | Action Filed:  December 16, 2008 |
| 23 | v. | STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE |
| 24 | PDL BIOPHARMA, INC., | |
| 25 | Defendant. | |

26

27

28

STIPULATION RE INITIAL CMC                                    CV 08 5590

1  WHEREAS, the initial case management conference in this matter is currently set for
2  April 17, 2009 at 10:30 a.m.
3  IT IS HEREBY STIPULATED, by and between the parties, by and through their
4  respective attorneys of record, that the initial case management conference be continued to April
5  24, 2009 at 10:30 a.m.

6  DATED: March 25, 2009.         GERSON A. ZWEIFACH
7                                  PAUL B. GAFFNEY
                                   AARON P. MAURER
                                   DAVID I. BERL
8                                  WILLIAMS & CONNOLLY LLP

9                                  ELLIOT M. OLSTEIN
                                   CARELLA, BYRNE, BAIN, GILFILLAN,
10                                       CECCHI, STEWART & OLSTEIN, P.C.

11                                 JEFFREY E. FAUCETTE
                                   HOWARD RICE NEMEROVSKI CANADY
12                                      FALK & RABKIN
                                   A Professional Corporation
13

14                                 By: _____/s/_____
                                           JEFFREY E. FAUCETTE
15
                                   Attorneys for Plaintiff MEDIMMUNE, LLC
16

17  DATED: March 25, 2009.         MATTHEW D. POWERS
                                   VERNON M. WINTERS
18                                 WEIL, GOTSHAL & MANGES LLP
19

20                                 By: _____/s/_____
21                                         VERNON M. WINTERS

22                                 Counsel for Defendant, PDL BIOPHARMA, INC.

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25  DATED: __4/1/09_____.    _____
26                                   UNITED STATES DISTRICT COURT JUDGE
27
28