1   GERSON A. ZWEIFACH (admitted *pro hac vice*)
    PAUL B. GAFFNEY (admitted *pro hac vice*)
2   AARON P. MAURER (admitted *pro hac vice*)
    DAVID I. BERL (No. 211761)
3   WILLIAMS & CONNOLLY LLP
    225 Twelfth Street, NW
4   Washington, DC  20005-5901
    Telephone: (202) 434-5000
5   Facsimile: (202) 434-5029

6   JEFFREY E. FAUCETTE (No. 193066)
    HOWARD RICE NEMEROVSKI CANADY
7   FALK & RABKIN
    A Professional Corporation
8   Three Embarcadero Center, 7th Floor
    San Francisco, CA  94111-4024
9   Telephone: (415) 434-1600
    Facsimile: (415) 217-5910

10
    ELLIOT M. OLSTEIN                          MATTHEW D. POWERS (No. 104795)
11  CARELLA, BYRNE, BAIN, GILFILLAN,           VERNON M. WINTERS (No. 130128)
    CECCHI, STEWART & OLSTEIN, P.C.            WEIL, GOTSHAL & MANGES LLP
12  Five Becker Farm Road                      Silicon Valley Office
    Roseland, NJ  07068-1739                   201 Redwood Shores Parkway
13  Telephone: (973) 994-1700                  Redwood Shores, CA  94065
    Facsimile: (973) 994-1744                  Telephone: (650) 802-3000
14                                             Facsimile: (650) 802-3100

    Attorneys for Plaintiff,
15  MEDIMMUNE, LLC                             Attorneys for Defendant,
                                               PDL BIOPHARMA, INC.
16

17                      UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          SAN JOSE DIVISION

20  MEDIMMUNE, LLC,                    | Case No. CV 08 5590 JF

21              Plaintiff,             | Action Filed: December 16, 2008

22       v.                            | **STIPULATION AND [PROPOSED]**
                                       | **ORDER TO REFER MATTER TO**
23  PDL BIOPHARMA, INC.,               | **JUDGE SEEBORG FOR SETTLEMENT**
                                       | **CONFERENCE**
24              Defendant.

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MAGISTRATE FOR SETTLEMENT CONFERENCE    CV 08 5590

1

**STIPULATION**

2          Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, the parties hereby stipulate to

3    the referral of this matter to Magistrate Judge Seeborg to conduct a settlement conference on August

4    18, 2009.

5

6

7    DATED: June 16, 2009.                    WILLIAMS & CONNOLLY LLP

8                                             _____/s/_____
                                             GERSON A. ZWEIFACH
9                                            PAUL B. GAFFNEY
                                             AARON P. MAURER
10                                           DAVID I. BERL

11                                           Attorneys for Plaintiff
                                             MEDIMMUNE, LLC
12

13   DATED: June 16, 2009.                    WEIL, GOTSHAL & MANGES LLP

14
                                             _____/s/_____
15                                           MATTHEW D. POWERS
                                             VERNON M. WINTERS
16
                                             Attorneys for Defendant
17                                           PDL BIOPHARMA, INC.

18

19

20
                                    **ORDER**
21
             Pursuant to stipulation, Civil Local Rule 72-1 and ADR Local Rule 7-2 IT IS ORDERED
22
     THAT this matter is referred to Magistrate Judge Seeborg to conduct a settlement conference.
23

24   DATED: ____6/18/09_____     _____
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28