| | |
|---|---|
| 1  GERSON A. ZWEIFACH (admitted *pro hac vice*) | |
|    PAUL B. GAFFNEY (admitted *pro hac vice*) | |
| 2  AARON P. MAURER (admitted *pro hac vice*) | |
|    DAVID I. BERL (No. 211761) | |
| 3  WILLIAMS & CONNOLLY LLP | **E-Filed 7/7/2009** |
|    225 Twelfth Street, NW | |
| 4  Washington, DC 20005-5901 | |
|    Telephone: (202) 434-5000 | |
| 5  Facsimile: (202) 434-5029 | |

1  GERSON A. ZWEIFACH (admitted *pro hac vice*)
   PAUL B. GAFFNEY (admitted *pro hac vice*)
2  AARON P. MAURER (admitted *pro hac vice*)
   DAVID I. BERL (No. 211761)
3  WILLIAMS & CONNOLLY LLP
   225 Twelfth Street, NW
4  Washington, DC 20005-5901
   Telephone: (202) 434-5000
5  Facsimile: (202) 434-5029

**E-Filed 7/7/2009**

6  JEFFREY E. FAUCETTE (No. 193066)          MATTHEW D. POWERS (No. 104795)
   HOWARD RICE NEMEROVSKI CANADY              VERNON M. WINTERS (No. 130128)
7  FALK & RABKIN                              AARON Y. HUANG (No. 261903)
   A Professional Corporation                 WEIL, GOTSHAL & MANGES LLP
8  Three Embarcadero Center, 7th Floor        Silicon Valley Office
   San Francisco, CA 94111-4024               201 Redwood Shores Parkway
9  Telephone: (415) 434-1600                  Redwood Shores, CA 94065
   Facsimile: (415) 217-5910                  Telephone: (650) 802-3000
10                                            Facsimile: (650) 802-3100

11 ELLIOT M. OLSTEIN                          PETER SANDEL (admitted *pro hac vice*)
   CARELLA, BYRNE, BAIN, GILFILLAN,           REBECCA FETT (admitted *pro hac vice*)
12 CECCHI, STEWART & OLSTEIN, P.C.            WEIL, GOTSHAL & MANGES LLP
   Five Becker Farm Road                      767 Fifth Avenue
13 Roseland, NJ 07068-1739                    New York, NY 10153
   Telephone: (973) 994-1700                  Telephone: (212) 310-8000
14 Facsimile: (973) 994-1744                  Facsimile: (212) 310-8007

15 Attorneys for Plaintiff,                   Attorneys for Defendant,
   MEDIMMUNE, LLC                             PDL BIOPHARMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case No. CV 08 5590 JF |
|         Plaintiff, | Action Filed: December 16, 2008 |
| v. | **STIPULATION AND ~~PROPOSED~~** |
| | **ORDER REGARDING** |
| PDL BIOPHARMA, INC., | <u>**MARKMAN HEARING SCHEDULE**</u> |
|         Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MedImmune, LLC. ("MedImmune") and Defendant, PDL BioPharma, Inc. ("PDL"). (each, a "Party" and collectively, the "Parties") to the above-captioned litigation (the "Litigation") as follows:

Whereas, the *Markman* hearing and technology tutorial in the Litigation is currently scheduled for September 28, 2009, and the parties have estimated that they will collectively last approximately four hours.  D.I. 106, 120, 123.

Whereas, it has recently come to the attention of counsel for Plaintiff MedImmune, LLC that the Jewish holiday of Yom Kippur will be observed on September 28, 2009, which will prevent it from attending and participating in the hearing on the scheduled date.

Whereas, Counsel for Defendant PDL Biopharma, Inc. has agreed to reschedule the hearing to accommodate this conflict.

Whereas, the parties have conferred and concluded that they are available to participate in a *Markman* hearing and technology tutorial on either October 1 or October 2, 2009, subject to the Court's schedule.

Therefore, the parties stipulate and agree that the *Markman* hearing and technology tutorial in the litigation be continued until October 1, 2009, October 2, 2009, or such other date on which the Court is available.

DATED: July 2, 2009                             WILLIAMS & CONNOLLY LLP

                                                /s/
                                                GERSON A. ZWEIFACH
                                                PAUL B. GAFFNEY
                                                AARON P. MAURER
                                                DAVID I. BERL

                                                Attorneys for Plaintiff
                                                MEDIMMUNE, LLC

DATED: July 2, 2009					WEIL, GOTSHAL & MANGES LLP


						/s/
						MATTHEW D. POWERS
						VERNON M. WINTERS
						PETER SANDEL
						REBECCA FETT
						AARON Y. HUANG

						Attorneys for Defendant
						PDL BIOPHARMA, INC.


**ATTESTATION OF FILER CONCERNING SIGNATURE**

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED:  July 2, 2009					HOWARD RICE NEMEROVSKI CANADY FALK &
						    RABKIN
						A Professional Corporation


						By:  _____/s/_____
						        JEFFREY E. FAUCETTE

						Attorneys for Plaintiff
						MEDIMMUNE, LLC

## [PROPOSED] ORDER

The *Markman* hearing and technology tutorial is hereby continued to October 1, 2009 at 9:00 am/pm.

DATED:

_____
THE HONORABLE JEREMY FOGEL,
UNITED STATES DISTRICT COURT JUDGE
FOR THE NORTHERN DISTRICT OF
CALIFORNIA