**\*E-Filed 8/4/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case No. 5:08-CV-5590-JF |
| Plaintiff, | ORDER REGARDING SETTLEMENT CONFERENCE PARTICIPATION |
| v. | |
| PDL BIOPHARMA, INC., | |
| Defendant, | |
| and Related Litigation. | |

This Court has received and reviewed letters from counsel for PDL BioPharma, Inc., and from MedImmune, LLC, regarding party participation at the settlement conference scheduled for August 18, 2009. MedImmune's designated attendee, Mr. William Bertrand, is an appropriate party representative under the rules of this Court, and the conference will proceed accordingly.

IT IS SO ORDERED.

Dated: 8/4/09

_____
RICHARD SEEBORG
United States Magistrate Judge