UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 21, 2009    Time: 1 min
**Case Number:** CV-08-5590-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**             MEDIMMUNE  V.  PDL BIOPHARMA

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Paul Gaffney | Attorneys Present: Douglas Lumish |

PROCEEDINGS:

Further case management conference held.  Parties are present.  The Court adopts the proposed case schedule.  The Court resets the case for bench trial on 6/14/10 at 9:00 a.m., pretrial conference on 5/28/10 at 11:00 a.m., and claim construction hearing on 11/5/09 at 9:00 a.m.