1   MATTHEW D. POWERS (Bar No. 104795)    GERSON A. ZWEIFACH (admitted *pro hac vice*)
    matthew.powers@weil.com                PAUL B. GAFFNEY (admitted *pro hac vice*)
2   VERNON M. WINTERS (Bar No. 130128)     AARON P. MAURER (admitted *pro hac vice*)
    vern.winters@weil.com                  DAVID I. BERL (No. 211761)
3   AARON Y. HUANG (Bar No. 261903)        JESSAMYN S. BERNIKER (admitted *pro hac vice*)
    aaron.huang@weil.com                   WILLIAMS & CONNOLLY LLP
4   WEIL, GOTSHAL & MANGES LLP             725 Twelfth Street, NW
    Silicon Valley Office                  Washington, DC 20005-5901
5   201 Redwood Shores Parkway             Telephone: (202) 434-5000
    Redwood Shores, CA 94065               Facsimile: (202) 434-5029
6   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
7
    PETER SANDEL (admitted pro hac vice)   JEFFREY E. FAUCETTE (No. 193066)
8   peter.sandel@weil.com                  HOWARD RICE NEMEROVSKI CANADY
    REBECCA FETT (admitted pro hac vice)   FALK & RABKIN
9   rebecca.fett@weil.com                  A Professional Corporation
    WEIL, GOTSHAL & MANGES LLP             Three Embarcadero Center, 7th Floor
10  767 Fifth Avenue                       San Francisco, CA 94111-4024
    New York, NY 10153                     Telephone: (415) 434-1600
11  Telephone: (212) 310-8000              Facsimile: (415) 217-5910
    Facsimile: (212) 310-8007
12
    Attorneys for Defendant,               ELLIOT M. OLSTEIN
13  PDL BIOPHARMA, INC.                    CARELLA, BYRNE, BAIN, GILFILLAN,
                                           CECCHI, STEWART & OLSTEIN, P.C.
14                                         Five Becker Farm Road
                                           Roseland, NJ 07068-1739
15                                         Telephone: (973) 994-1700
                                           Facsimile: (973) 994-1744
16
                                           Attorneys for Plaintiff,
17                                         MEDIMMUNE, LLC

18              IN THE UNITED STATES DISTRICT COURT

19             FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                      SAN JOSE DIVISION

21  MEDIMMUNE, LLC,                        Case No. C 08-5590 JF

22       Plaintiff,                        **STIPULATED REQUESTED AND
         v.                                ~~PROPOSED~~ ORDER TO SHORTEN TIME
23                                         FOR BRIEFING AND HEARING ON PDL'S
    PDL BIOPHARMA, INC.,                   MOTION FOR PROTECTIVE ORDER**
24
         Defendant.                        Requested Hearing Date: December 22, 2009
25                                                           Time: 10:00 a.m.

26

27

28

STIPULATED REQUEST AND
~~PROPOSED~~ ORDER TO SHORTEN
TIME RE: PDL'S MOTION FOR P.O.                              Case No. C 08-5590 JF

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

2 MedImmune, LLC ("MedImmune") and defendant PDL BioPharma, Inc. ("PDL") (each, a

3 "Party" and collectively, the "Parties") to the above-captioned litigation as follows:

4    1.    Whereas PDL filed on November 20, 2009 a Motion for Protective Order

5 ("PDL's Motion"). PDL's Motion seeks a protective order from the Court forbidding and

6 limiting certain topics noticed in MedImmune's First Notice of Deposition of PDL Pursuant to

7 Fed. R. Civ. P. 30(b)(6) ("MedImmune's 30(b)(6) Notice").

8    2.    Whereas MedImmune served its 30(b)(6) Notice on November 6, 2009,

9 containing 24 topics and seeking deposition of PDL on December 10, 2009, and PDL served its

10 responses and objections thereto on November 13, 2009.

11    3.    Whereas the Parties have met and conferred in good faith but cannot

12 resolve their dispute.

13    4.    Whereas immediate resolution of the dispute will determine what topics

14 MedImmune may pursue and the scope of the Parties' preparation therefor.

15    5.    Whereas the close of fact discovery in this case is January 13, 2009; as a

16 result, hearing under the Court's normal 35-day schedule would leave the Parties only around two

17 weeks to prepare for and conduct the deposition pursuant to the Court's decision.

18    6.    Whereas the below requested time modification would set hearing one

19 week earlier than under the normal 35-day schedule, but still provides the Court with two weeks

20 between the receipt of all briefing and hearing. The instant request affects the date for PDL's

21 Motion only and has no effect on the rest of the schedule otherwise in place in this case.

22    7.    The Parties agree, subject to the Court's approval, to modify the briefing

23 and hearing schedule for PDL's Motion as set forth below:

24    MedImmune's opposition to the motion, if any, be filed by **December 3, 2009**, and

25 limited to 15 pages.

26    PDL's reply brief, if any, be filed by **December 8, 2009**, and limited to 5 pages.

27    A hearing on this matter will be held on **December 22, 2009**.

28

1

        8.      There have been three previous schedule modifications in this case.  On

2   January 9, 2009, the parties agreed to extend PDL's time to respond to MedImmune's First

3   Amended Complaint.  On July 2, 2009, the parties stipulated to a rescheduling of the *Markman*

4   hearing; that stipulation was approved by the Court on July 7, 2009.  In August 18, 2009, the

5   parties stipulated to an extension of the trial date and case calendar.

6

7

   DATED:  November 24, 2009         Respectfully submitted,

8

                              WEIL, GOTSHAL & MANGES LLP

9

10

                            */s/*     *Vernon M. Winters*

                            Vernon M. Winters

11                            Attorneys for Defendant, PDL BioPharma, Inc.

12

13

                            WILLIAMS & CONNOLLY LLP

14

15

                            */s/*    *Jessamyn S. Berniker*

                            JESSAMYN S. BERNIKER

16                            Attorneys for Plaintiff, MedImmune, LLC.

17

18              **ATTESTATION OF FILER CONCERNING SIGNATURE**

19

         In accordance with general Order No. 45, Section X, the filer of this document

20   hereby attests that concurrence in the filing of this document has been obtained from each of the

21   signatories listed above.

22   DATED:  November 24, 2009         Respectfully submitted,

23                            WEIL, GOTSHAL & MANGES LLP

24

25

                            /s/

                            Vernon M. Winters

26                            Attorneys for Defendant, PDL BioPharma, Inc.

27

28

1 **[PROPOSED] ORDER**

2

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 DATED: November 30, 2009 _____

5 HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND
[PROPOSED] ORDER TO SHORTEN
TIME RE: PDL'S MOTION FOR P.O.                    4                    Case No. C 08-5590 JF