**\*ORDER E-FILED 11-30-2009\***

| | |
|---|---|
| MATTHEW D. POWERS (Bar No. 104795) | GERSON A. ZWEIFACH (admitted *pro hac vice*) |
| matthew.powers@weil.com | PAUL B. GAFFNEY (admitted *pro hac vice*) |
| VERNON M. WINTERS (Bar No. 130128) | AARON P. MAURER (admitted *pro hac vice*) |
| vern.winters@weil.com | DAVID I. BERL (No. 211761) |
| AARON Y. HUANG (Bar No. 261903) | JESSAMYN S. BERNIKER (admitted *pro hac vice*) |
| aaron.huang@weil.com | WILLIAMS & CONNOLLY LLP |
| WEIL, GOTSHAL & MANGES LLP | 725 Twelfth Street, NW |
| Silicon Valley Office | Washington, DC 20005-5901 |
| 201 Redwood Shores Parkway | Telephone: (202) 434-5000 |
| Redwood Shores, CA 94065 | Facsimile: (202) 434-5029 |
| Telephone: (650) 802-3000 | |
| Facsimile: (650) 802-3100 | |
| | |
| PETER SANDEL (admitted pro hac vice) | JEFFREY E. FAUCETTE (No. 193066) |
| peter.sandel@weil.com | HOWARD RICE NEMEROVSKI CANADY |
| REBECCA FETT (admitted pro hac vice) | FALK & RABKIN |
| rebecca.fett@weil.com | A Professional Corporation |
| WEIL, GOTSHAL & MANGES LLP | Three Embarcadero Center, 7th Floor |
| 767 Fifth Avenue | San Francisco, CA 94111-4024 |
| New York, NY 10153 | Telephone: (415) 434-1600 |
| Telephone: (212) 310-8000 | Facsimile: (415) 217-5910 |
| Facsimile: (212) 310-8007 | |
| | |
| Attorneys for Defendant, | ELLIOT M. OLSTEIN |
| PDL BIOPHARMA, INC. | CARELLA, BYRNE, BAIN, GILFILLAN, |
| | CECCHI, STEWART & OLSTEIN, P.C. |
| | Five Becker Farm Road |
| | Roseland, NJ 07068-1739 |
| | Telephone: (973) 994-1700 |
| | Facsimile: (973) 994-1744 |
| | |
| | Attorneys for Plaintiff, |
| | MEDIMMUNE, LLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case No. C 08-5590 JF |
| Plaintiff, | **STIPULATED REQUESTED AND PROPOSED ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON PDL'S MOTION FOR PROTECTIVE ORDER** |
| v. | |
| PDL BIOPHARMA, INC., | |
| Defendant. | Requested Hearing Date: December 22, 2009 |
| | Time: 10:00 a.m. |

1    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff MedImmune, LLC ("MedImmune") and defendant PDL BioPharma, Inc. ("PDL") (each, a "Party" and collectively, the "Parties") to the above-captioned litigation as follows:

1. Whereas PDL filed on November 20, 2009 a Motion for Protective Order ("PDL's Motion"). PDL's Motion seeks a protective order from the Court forbidding and limiting certain topics noticed in MedImmune's First Notice of Deposition of PDL Pursuant to Fed. R. Civ. P. 30(b)(6) ("MedImmune's 30(b)(6) Notice").

2. Whereas MedImmune served its 30(b)(6) Notice on November 6, 2009, containing 24 topics and seeking deposition of PDL on December 10, 2009, and PDL served its responses and objections thereto on November 13, 2009.

3. Whereas the Parties have met and conferred in good faith but cannot resolve their dispute.

4. Whereas immediate resolution of the dispute will determine what topics MedImmune may pursue and the scope of the Parties' preparation therefor.

5. Whereas the close of fact discovery in this case is January 13, 2009; as a result, hearing under the Court's normal 35-day schedule would leave the Parties only around two weeks to prepare for and conduct the deposition pursuant to the Court's decision.

6. Whereas the below requested time modification would set hearing one week earlier than under the normal 35-day schedule, but still provides the Court with two weeks between the receipt of all briefing and hearing. The instant request affects the date for PDL's Motion only and has no effect on the rest of the schedule otherwise in place in this case.

7. The Parties agree, subject to the Court's approval, to modify the briefing and hearing schedule for PDL's Motion as set forth below:

MedImmune's opposition to the motion, if any, be filed by **December 3, 2009**, and limited to 15 pages.

PDL's reply brief, if any, be filed by **December 8, 2009**, and limited to 5 pages.

A hearing on this matter will be held on **December 22, 2009**.

8. There have been three previous schedule modifications in this case. On January 9, 2009, the parties agreed to extend PDL's time to respond to MedImmune's First Amended Complaint. On July 2, 2009, the parties stipulated to a rescheduling of the *Markman* hearing; that stipulation was approved by the Court on July 7, 2009. In August 18, 2009, the parties stipulated to an extension of the trial date and case calendar.

DATED: November 24, 2009                    Respectfully submitted,

                                                       WEIL, GOTSHAL & MANGES LLP

                                                       */s/    Vernon M. Winters*
                                                       Vernon M. Winters
                                                       Attorneys for Defendant, PDL BioPharma, Inc.

                                                       WILLIAMS & CONNOLLY LLP

                                                       */s/    Jessamyn S. Berniker*
                                                       JESSAMYN S. BERNIKER
                                                     Attorneys for Plaintiff, MedImmune, LLC.

## ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: November 24, 2009                    Respectfully submitted,

                                                       WEIL, GOTSHAL & MANGES LLP

                                                       /s/
                                                       Vernon M. Winters
                                                     Attorneys for Defendant, PDL BioPharma, Inc.

1  [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 30, 2009

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST AND
[PROPOSED] ORDER TO SHORTEN
TIME RE: PDL'S MOTION FOR P.O.            4                    Case No. C 08-5590 JF