*E-FILED 12-16-2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>PDL BIOPHARMA,<br><br>             Defendant. | No. C08-05590 JF (HRL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL**<br><br>[Re: Docket No. 191] |

Pursuant to a 1997 agreement ("License Agreement") with defendant PDL Biopharma ("PDL"), plaintiff MedImmune LLC ("MedImmune") is licensed to practice certain PDL patents. MedImmune claims that PDL has breached certain provisions of the License Agreement. In this action, plaintiff seeks a declaration of noninfringement and invalidity as to the subject patents, as well as a declaration of contractual rights under the License Agreement.

Presently before the court is MedImmune's motion to compel answers to interrogatories and the production of documents. Plaintiff also requests leave to take more than the 10 depositions allotted under Fed. R. Civ. P. 30.[1] PDL opposes the motion. The motion is also opposed by non-party Alexion Pharmaceuticals, Inc. ("Alexion"), who intervened in this matter to address certain Alexion documents sought by MedImmune. Upon consideration of the

---

[1] Shortly before the motion hearing, MedImmune withdrew a portion of its motion which sought modification of the Stipulated Protective Order, entered May 26, 2009, to permit certain former MedImmune executives to see PDL's claimed confidential information. The parties advise that they have reached an agreement as to that issue.

1  moving and responding papers, as well as the arguments of counsel, this court grants the motion
2  in part and denies it in part as follows:

3      1.    MedImmune's motion to compel a further response to Interrogatories 4 and 5 is
4  granted.  Defendant has not managed to persuade that supplemental responses should be
5  deferred.  PDL shall serve its supplemental responses to these interrogatories within 10 days
6  from the date of this order.  To the extent PDL later discovers information that requires
7  correction of its responses, it has a continuing obligation to supplement pursuant to Fed. R. Civ.
8  P. 26(e).

9      2.    MedImmune's motion to compel a further response to Interrogatory 13 is denied.

10      3.    MedImmune's motion to compel production of Alexion's opinion letters
11  produced to PDL in *PDL Biopharma, Inc. v. Alexion Pharmaceuticals, Inc.*, C.A. No. 07-156-
12  JJF (D. Del.) is denied.  MedImmune has not convincingly demonstrated that the letters are
13  relevant or reasonably calculated to lead to the discovery of admissible evidence.

14      4.    Based on the discussion at the motion hearing, and both sides having indicated
15  that they will likely need to take more than the 10 depositions permitted under Fed. R. Civ. P.
16  30, MedImmune's motion is granted as follows:  Each side shall be permitted to take up to 15
17  depositions.

18  SO ORDERED.
19  Dated:   December 16, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-05590-JF Notice electronically mailed to:

2  Aaron P. Maurer amaurer@wc.com

3  Aaron Y Huang aaron.huang@weil.com

4  David Isaac Berl dberl@wc.com

5  David Isaac Gindler DGindler@Irell.com, dlieberman@irell.com

6  Esha Bandyopadhyay esha.bandyopadhyay@kirkland.com, julie.bueno@kirkland.com

7  Gerson Avery Zweifach gzweifach@wc.com

8  Jeffrey E. Faucette jfaucette@hrice.com, gprice@howardrice.com, jrustice@howardrice.com

9  Jessamyn Sheli Berniker jberniker@wc.com

10 Paul B. Gaffney pgaffney@wc.com

11 Raymond Angelo LaMagna rlamagna@irell.com

12 Vernon Michael Winters vern.winters@weil.com, nettie.asiasi@weil.com

13 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3