1

2          **E-Filed 1/4/2010**

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  MEDIMMUNE, LLC,                    Case Number C 08-05590 JF (HRL)

13                    Plaintiff,       ORDER DENYING MOTION TO
                                       CHANGE TIME FOR HEARING ON
14         v.                          MOTION FOR PRELIMINARY
                                       INJUNCTION
15  PDL BIOPHARMA, INC.,
                                       RE: Docket No. 271
16                    Defendants.

17

18

19         The parties have stipulated to moving the discovery deadlines and adjusting the case

20  schedule in the above-captioned matter.  As a result, fact discovery will not be completed prior to

21  January 29, 2010, and Defendant, having terminated the parties' licensing agreement, does not

22  expect to receive royalty payments as of February 10, 2010.  Accordingly, Plaintiff's motion to

23  change time for hearing on its motion for preliminary injunction will be denied.  The Court

24  reserves jurisdiction to grant injunctive relief retroactive to the date the motion for preliminary

25  injunction was filed.

26  **IT IS SO ORDERED.**

27

28

1

2 DATED: January 4, 2010

3

4 _____

JEREMY FOGEL

5 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2