**E-Filed 1/4/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>PDL BIOPHARMA, INC.,<br><br>            Defendants. | Case Number C 08-05590 JF (HRL)<br><br>ORDER DENYING MOTION TO CHANGE TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>RE: Docket No. 271 |

    The parties have stipulated to moving the discovery deadlines and adjusting the case schedule in the above-captioned matter. As a result, fact discovery will not be completed prior to January 29, 2010, and Defendant, having terminated the parties' licensing agreement, does not expect to receive royalty payments as of February 10, 2010. Accordingly, Plaintiff's motion to change time for hearing on its motion for preliminary injunction will be denied. The Court reserves jurisdiction to grant injunctive relief retroactive to the date the motion for preliminary injunction was filed.

**IT IS SO ORDERED.**

1
2  DATED: January 4, 2010
3
4                                              _____
                                                JEREMY FOGEL
5                                               United States District Judge
6

2