| | |
|---|---|
| GERSON A. ZWEIFACH (admitted *pro hac vice*) | MATTHEW D. POWERS (No. 104795) |
| PAUL B. GAFFNEY (admitted *pro hac vice*) | VERNON M. WINTERS (No. 130128) |
| AARON P. MAURER (admitted *pro hac vice*) | GREGORY D. HULL (No. 57367) |
| DAVID I. BERL (No. 211761) | DANA K. POWERS (No. 252159) |
| WILLIAMS & CONNOLLY LLP | AARON Y. HUANG (No. 261903) |
| 225 Twelfth Street, NW | WEIL, GOTSHAL & MANGES LLP |
| Washington, DC 20005-5901 | Silicon Valley Office |
| Telephone: (202) 434-5000 | 201 Redwood Shores Parkway |
| Facsimile: (202) 434-5029 | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| JEFFREY E. FAUCETTE (No. 193066) | PETER SANDEL (admitted *pro hac vice*) |
| TAYLOR & COMPANY LAW OFFICES, LLP | REBECCA FETT (admitted *pro hac vice*) |
| One Ferry Building, Ste. 355 | WEIL, GOTSHAL & MANGES LLP |
| San Francisco, CA 94111 | 767 Fifth Avenue |
| Telephone: (415) 788-8200 | New York, NY 10153 |
| Facsimile: (415) 788-8208 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| ELLIOT M. OLSTEIN | DAVID I. GINDLER (No. 117824) |
| CARELLA, BYRNE, BAIN, GILFILLAN, | dgindler@irell.com |
| CECCHI, STEWART & OLSTEIN, P.C. | RAYMOND LAMAGNA (No. 244821) |
| Five Becker Farm Road | rlamagna@irell.com |
| Roseland, NJ 07068-1739 | IRELL & MANELLA LLP |
| Telephone: (973) 994-1700 | 1800 Avenue of the Stars, Suite 900 |
| Facsimile: (973) 994-1744 | Los Angeles, CA 90067-4276 |
| | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| MEDIMMUNE, LLC | PDL BIOPHARMA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC | Case No. CV 08 5590 JF |
| Plaintiff, | Action Filed: December 16, 2008 |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE** |
| PDL BIOPHARMA, INC., | |
| Defendant. | |

WHEREAS, Defendant PDL BioPharma, Inc. ("PDL") requested that the close of fact discovery be extended to January 29, 2010, and

WHEREAS, MedImmune, LLC. ("MedImmune") agreed to PDL's request to extend the close of fact discovery to January 29, 2010, and

WHEREAS, PDL and MedImmune have also agreed to extend the deadline for exchange of expert reports and rebuttal expert reports to February 16, 2010, and March 2, 2010, respectively, and

WHEREAS, the proposed extension of the deadlines for fact discovery and service of expert reports will not impact the trial date or other deadlines in the case calendar:

IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and PDL (each, a "Party" and collectively, the "Parties") to the above-captioned litigation that the case calendar be modified as set forth below.

| Event | Date |
|---|---|
| Parties' close of fact discovery | January 29, 2010 |
| Parties' expert reports (on issues for which a party bears the burden of proof) | February 16, 2010 |
| Parties' rebuttal expert reports | March 2, 2010 |

DATED: December 30, 2009.　　　　WILLIAMS & CONNOLLY LLP

　　　　/s/
GERSON A. ZWEIFACH
PAUL B. GAFFNEY
AARON P. MAURER
DAVID I. BERL

Attorneys for Plaintiff
MEDIMMUNE, LLC

DATED: December 30, 2009.　　　　WEIL, GOTSHAL & MANGES LLP

　　　　/s/
MATTHEW D. POWERS
VERNON M. WINTERS
PETER SANDEL
REBECCA FETT
AARON Y. HUANG

Attorneys for Defendant
PDL BIOPHARMA, INC.

SO ORDERED.

DATED: 1/4/10

**[PROPOSED] ORDER**

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE FOR
THE NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF FILER CONCERNING SIGNATURE**

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: December 30, 2009.                WEIL, GOTSHAL & MANGES LLP


_____/s/_____
DANA K. POWERS

Attorneys for Defendant
PDL BIOPHARMA, INC.