GERSON A. ZWEIFACH (admitted *pro hac vice*)
PAUL B. GAFFNEY (admitted *pro hac vice*)
AARON P. MAURER (admitted *pro hac vice*)
DAVID I. BERL (No. 211761)
WILLIAMS & CONNOLLY LLP
225 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

MATTHEW D. POWERS (No. 104795)
VERNON M. WINTERS (No. 130128)
GREGORY D. HULL (No. 57367)
DANA K. POWERS (No. 252159)
AARON Y. HUANG (No. 261903)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY E. FAUCETTE (No. 193066)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Ste. 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

PETER SANDEL (admitted *pro hac vice*)
REBECCA FETT (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ELLIOT M. OLSTEIN
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN, P.C.
Five Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

DAVID I. GINDLER (No. 117824)
dgindler@irell.com
RAYMOND LAMAGNA (No. 244821)
rlamagna@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff,
MEDIMMUNE, LLC

Attorneys for Defendant,
PDL BIOPHARMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC | Case No. CV 08 5590 JF |
| Plaintiff, | Action Filed: December 16, 2008 |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE** |
| PDL BIOPHARMA, INC., | |
| Defendant. | |

1    WHEREAS, Defendant PDL BioPharma, Inc. ("PDL") requested that the close of

2    fact discovery be extended to January 29, 2010, and

3    WHEREAS, MedImmune, LLC. ("MedImmune") agreed to PDL's request to

4    extend the close of fact discovery to January 29, 2010, and

5    WHEREAS, PDL and MedImmune have also agreed to extend the deadline for

6    exchange of expert reports and rebuttal expert reports to February 16, 2010, and March 2, 2010,

7    respectively, and

8    WHEREAS, the proposed extension of the deadlines for fact discovery and service

9    of expert reports will not impact the trial date or other deadlines in the case calendar:

10    IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and

11    PDL (each, a "Party" and collectively, the "Parties") to the above-captioned litigation that the

12    case calendar be modified as set forth below.

| Event | Date |
|---|---|
| Parties' close of fact discovery | January 29, 2010 |
| Parties' expert reports (on issues for which a party bears the burden of proof) | February 16, 2010 |
| Parties' rebuttal expert reports | March 2, 2010 |

DATED: December 30, 2009.        WILLIAMS & CONNOLLY LLP

                                 /s/
                                 GERSON A. ZWEIFACH
                                 PAUL B. GAFFNEY
                                 AARON P. MAURER
                                 DAVID I. BERL

                                 Attorneys for Plaintiff
                                 MEDIMMUNE, LLC

DATED: December 30, 2009.        WEIL, GOTSHAL & MANGES LLP

                                 /s/
                                 MATTHEW D. POWERS
                                 VERNON M. WINTERS
                                 PETER SANDEL
                                 REBECCA FETT
                                 AARON Y. HUANG

                                 Attorneys for Defendant
                                 PDL BIOPHARMA, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

SO ORDERED.

DATED:  1/4/10

_____

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE FOR
THE NORTHERN DISTRICT OF CALIFORNIA

1

**ATTESTATION OF FILER CONCERNING SIGNATURE**

2

In accordance with general Order No. 45, Section X, the filer of this document

3

hereby attests that concurrence in the filing of this document has been obtained from each of the

4

signatories listed above.

5

DATED: December 30, 2009.                    WEIL, GOTSHAL & MANGES LLP

6

7

_____/s/_____
DANA K. POWERS

8

Attorneys for Defendant
PDL BIOPHARMA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28