**E-Filed 2/5/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case Number C 08-05590 JF (HRL) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF |
| v. | |
| PDL BIOPHARMA, INC., | [Re: Document No. 319] |
| Defendant. | |

    Defendant PDL BioPharma, Inc. moves pursuant to Civil L..R. 7-11 to exceed the page limit and file a thirty-five page opposition brief. The motion will be granted. However, in light of the lateness of Defendant's request, Plaintiff MedImmune, LLC will be granted an additional week within which to file its reply brief. The hearing date shall remain as set.

    The Court reminds counsel for both parties to allow sufficient time to meet and confer in good faith with respect to any such requests in the future.

**IT IS SO ORDERED.**

Dated: February 5, 2009

_____
JEREMY FOGEL
United States District Judge

Case Number C 08-05590 JF (HRL)
ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF
(JFLC1)