GERSON A. ZWEIFACH (admitted *pro hac vice*)
PAUL B. GAFFNEY (admitted *pro hac vice*)
AARON P. MAURER (admitted *pro hac vice*)
DAVID I. BERL (No. 211761)
WILLIAMS & CONNOLLY LLP
225 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

JEFFREY E. FAUCETTE (No. 193066)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Ste. 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

ELLIOT M. OLSTEIN
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN, P.C.
Five Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

Attorneys for Plaintiff,
MEDIMMUNE, LLC

MATTHEW D. POWERS (No. 104795)
VERNON M. WINTERS (No. 130128)
GREGORY D. HULL (No. 57367)
DANA K. POWERS (No. 252159)
AARON Y. HUANG (No. 261903)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

PETER SANDEL (admitted *pro hac vice*)
REBECCA FETT (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

DAVID I. GINDLER (No. 117824)
dgindler@irell.com
RAYMOND LAMAGNA (No. 244821)
rlamagna@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant,
PDL BIOPHARMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PDL BIOPHARMA, INC.,<br><br>    Defendant. | Case No.: CV-08-5590 (JF)<br><br>Action Filed: December 16, 2008<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ENLARGE TIME FOR MEDIMMUNE'S REPLY BRIEF IN SUPPORT OF MEDIMMUNE'S MOTION FOR PRELIMINARY INJUNCTION** |

cv 08 5590

STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR MEDIMMUNE'S REPLY BRIEF

1       WHEREAS, Plaintiff MedImmune, LLC filed a Motion for Preliminary Injunction which
2 is set for hearing on February 26, 2010;

3       WHEREAS, pursuant to the local rules, MedImmune's reply brief in support of this
4 motion is currently due to be filed and served on February 12, 2010;

5       WHEREAS, attorneys at Williams & Connolly are MedImmune's lead counsel in this
6 matter and their offices are located in Washington, DC;

7       WHEREAS, Washington has experienced two major snowstorms in the past week which
8 have caused power outages, street closures, and the closure of Williams & Connolly's offices
9 since last Friday which has made it extremely difficult for MedImmune's counsel to attend to the
10 reply brief in support of the motion for preliminary injunction; and

11       WHEREAS, PDL and MedImmune have agreed to enlarge the time for the filing and
12 service of MedImmune's reply in support of its motion for preliminary injunction from February
13 12 to February 16, 2010.

14       IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and PDL
15 that MedImmune has until February 16, 2010 to file its reply brief in support of its motion for
16 preliminary injunction.

Dated: February 11, 2010        WILLIAMS & CONNOLLY LLP

*/s/ Paul B. Gaffney*
GERSON A. ZWEIFACH /JEF/
PAUL B. GAFFNEY
AARON P. MAURER
DAVID I. BERL

Attorneys for Plaintiff
MEDIMMUNE, LLC

| | | |
|---|---|---|
| 1 | Dated: February 11, 2010 | WEIL, GOTSHAL & MANGES LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/ Gregory Hull /JEF<br>MATTHEW D. POWERS |
| 5 | | VERNON M. WINTERS<br>PETER SANDEL |
| 6 | | REBECCA FETT<br>AARON Y. HUANG |
| 7 | | Attorneys for Defendant<br>PDL BIOPHARMA, INC. |
| 8 | | |
| 9 | IT IS SO ORDERED. | |
| 10 | | |
| 11 | DATED: Feb. 12, 2010. | |
| 12 | | |
| 13 | | The Honorable Jeremy Fogel<br>United States District Court Judge |