| | |
|---|---|
| GERSON A. ZWEIFACH (admitted *pro hac vice*) | MATTHEW D. POWERS (No. 104795) |
| PAUL B. GAFFNEY (admitted *pro hac vice*) | VERNON M. WINTERS (No. 130128) |
| AARON P. MAURER (admitted *pro hac vice*) | GREGORY D. HULL (No. 57367) |
| DAVID I. BERL (No. 211761) | DANA K. POWERS (No. 252159) |
| WILLIAMS & CONNOLLY LLP | AARON Y. HUANG (No. 261903) |
| 225 Twelfth Street, NW | WEIL, GOTSHAL & MANGES LLP |
| Washington, DC 20005-5901 | Silicon Valley Office |
| Telephone: (202) 434-5000 | 201 Redwood Shores Parkway |
| Facsimile: (202) 434-5029 | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| JEFFREY E. FAUCETTE (No. 193066) | PETER SANDEL (admitted *pro hac vice*) |
| TAYLOR & COMPANY LAW OFFICES, LLP | REBECCA FETT (admitted *pro hac vice*) |
| One Ferry Building, Ste. 355 | WEIL, GOTSHAL & MANGES LLP |
| San Francisco, CA 94111 | 767 Fifth Avenue |
| Telephone: (415) 788-8200 | New York, NY 10153 |
| Facsimile: (415) 788-8208 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| ELLIOT M. OLSTEIN | DAVID I. GINDLER (No. 117824) |
| CARELLA, BYRNE, BAIN, GILFILLAN, | dgindler@irell.com |
| CECCHI, STEWART & OLSTEIN, P.C. | RAYMOND LAMAGNA (No. 244821) |
| Five Becker Farm Road | rlamagna@irell.com |
| Roseland, NJ 07068-1739 | IRELL & MANELLA LLP |
| Telephone: (973) 994-1700 | 1800 Avenue of the Stars, Suite 900 |
| Facsimile: (973) 994-1744 | Los Angeles, CA 90067-4276 |
| | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| MEDIMMUNE, LLC | PDL BIOPHARMA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case No.: CV-08-5590 (JF) |
| Plaintiff, | Action Filed: December 16, 2008 |
| v. | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO ENLARGE TIME FOR MEDIMMUNE'S REPLY BRIEF IN SUPPORT OF MEDIMMUNE'S MOTION FOR PRELIMINARY INJUNCTION** |
| PDL BIOPHARMA, INC., | |
| Defendant. | |

WHEREAS, Plaintiff MedImmune, LLC filed a Motion for Preliminary Injunction which is set for hearing on February 26, 2010;

WHEREAS, pursuant to the local rules, MedImmune's reply brief in support of this motion is currently due to be filed and served on February 12, 2010;

WHEREAS, attorneys at Williams & Connolly are MedImmune's lead counsel in this matter and their offices are located in Washington, DC;

WHEREAS, Washington has experienced two major snowstorms in the past week which have caused power outages, street closures, and the closure of Williams & Connolly's offices since last Friday which has made it extremely difficult for MedImmune's counsel to attend to the reply brief in support of the motion for preliminary injunction; and

WHEREAS, PDL and MedImmune have agreed to enlarge the time for the filing and service of MedImmune's reply in support of its motion for preliminary injunction from February 12 to February 16, 2010.

IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and PDL that MedImmune has until February 16, 2010 to file its reply brief in support of its motion for preliminary injunction.

Dated: February 11, 2010         WILLIAMS & CONNOLLY LLP

/s/ Paul B. Gaffney
GERSON A. ZWEIFACH /JEF/
PAUL B. GAFFNEY
AARON P. MAURER
DAVID I. BERL

Attorneys for Plaintiff
MEDIMMUNE, LLC

1  Dated: February 11, 2010                    WEIL, GOTSHAL & MANGES LLP

2

3

4                                              _____
                                               MATTHEW D. POWERS / JEF
5                                              VERNON M. WINTERS
                                               PETER SANDEL
6                                              REBECCA FETT
                                               AARON Y. HUANG

7                                              Attorneys for Defendant
                                               PDL BIOPHARMA, INC.
8

9       IT IS SO ORDERED.

10

11
        DATED: Feb. 12, 2010.
12

13                                             _____
                                               The Honorable Jeremy Fogel
14                                             United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28