*E-FILED 04-21-2010*

GERSON A. ZWEIFACH (admitted *pro hac vice*)
PAUL B. GAFFNEY (admitted *pro hac vice*)
AARON P. MAURER (admitted *pro hac vice*)
DAVID I. BERL (No. 211761)
JESSAMYN S. BERNIKER  (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005-5901
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

JEFFREY E. FAUCETTE (No. 193066)
TAYLOR & COMPANY
Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

ELLIOT M. OLSTEIN (admitted *pro hac vice*)
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN, P.C.
Five Becker Farm Road
Roseland, NJ  07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>        Plaintiff<br><br>   v.<br><br>PDL BIOPHARMA, INC.,<br><br>        Defendant | Case No. CV 08 5590 JF<br><br>Action Filed:  December 16, 2008<br><br>[PROPOSED] ORDER GRANTING MEDIMMUNE, LLC' S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION<br><br><u>Hearing Date and Time:</u><br>Date:      (none, Civil L.R. 7-9(d))<br>Time:     (none, Civil L.R. 7-9(d))<br>Place:    Courtroom 2, 5th Floor<br>Judge:   Hon. Howard R. Lloyd<br><br>Trial Date:  January 21, 2011 |

This cause, having come before the Court upon MedImmune's Motion for Leave to File a Motion for Reconsideration, and the Court, being otherwise duly advised, hereby GRANTS such Motion.

The Court adopts the following schedule pursuant to Civil Local Rule 7-9(d):

MedImmune's Opening Brief   None.  The Court shall treat MedImmune's motion for leave to file a motion for reconsideration as its motion for reconsideration.

PDL's Opposition Brief, if any   April 28  , 2010 (one week after this Order)

MedImmune's Reply Brief   May 5  , 2010 (one week after PDL's opposition brief)

Hearing   May 25  , 2010.  10:00 a.m.  The court will notify the parties if it determines that the matter may be resolved without oral argument.

IT IS SO ORDERED.

DATED:    April 21, 2010

_____

The Honorable Howard R. Lloyd

United States Magistrate Judge