**\*E-FILED 05-17-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | No. C08-05590 JF (HRL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| v. | |
| PDL BIOPHARMA, INC. | **[Re: Docket No. 486]** |
| Defendant. | |

Pursuant to Civil Local Rule 7-9(b), plaintiff MedImmune, LLC ("MedImmune") moves for reconsideration of this court's April 1, 2010 order (Docket No. 478) granting a motion for protective order filed by defendant PDL Biopharma, Inc. ("PDL") as to a subpoena MedImmune served on nonparty Genzyme Corp. ("Genzyme"). Specifically, MedImmune contends that the addition of PDL's amended counterclaims and the setting of a new case schedule as to those counterclaims presents "new material facts" warranting reconsideration under Civil Local Rule 7-9(b)(2). PDL opposes the motion. This court finds the matter suitable for determination without oral argument, and the May 25, 2010 hearing is vacated. See Civ. L.R. 7-1(b).

Upon consideration of the moving and responding papers, this court grants the motion. Although nothing changes the fact that the Genzyme subpoena was late, this court finds that the balance of equities has shifted in MedImmune's favor. The April 1, 2010 order was based on

1  the fact that the Genzyme subpoena was late and, under the then-existing schedule, PDL would
2  be prejudiced. The June 2010 trial has since been vacated. True, there has been no wholesale
3  reopening of discovery as to issues that have been in the case from the start. Nevertheless,
4  MedImmune convincingly argues that the discovery in question is important to its prior art
5  investigation. Moreover, this court is unpersuaded that PDL lacks sufficient time to complete
6  the follow-up discovery it says it may need to conduct. In sum, after weighing competing
7  legitimate interests and possible prejudice, this court concludes that MedImmune should be
8  permitted to proceed with the Genzyme subpoena. The parties are admonished, however, to
9  proceed promptly so that the Genzyme-related discovery may be accomplished under existing
10 deadlines set by Judge Fogel.

11 SO ORDERED.

12 Dated: May 17, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-05590-JF Notice electronically mailed to:

Aaron P. Maurer     amaurer@wc.com

Aaron Y Huang     aaron.huang@weil.com

Dana K Powers     dana.powers@weil.com

David Isaac Berl     dberl@wc.com

David Isaac Gindler     DGindler@Irell.com, dlieberman@irell.com

Gerson Avery Zweifach     gzweifach@wc.com

Gregory Hull     greg.hull@weil.com, rebecca.kraus@weil.com

Jeffrey E. Faucette     jfaucette@tcolaw.com, cdunbar@tcolaw.com, cwoodrich@tcolaw.com, mcianfrani@tcolaw.com

Jessamyn Sheli Berniker     jberniker@wc.com

Paul B. Gaffney     pgaffney@wc.com

Raymond Angelo LaMagna     rlamagna@irell.com

Vernon Michael Winters     vern.winters@weil.com, nettie.asiasi@weil.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3