**E-Filed 6/7/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>PDL BIOPHARMA, INC.,<br><br>                              Defendant. | Case Number C 08-5590 JF (HRL)<br><br>ORDER GRANTING MEDIMMUNE'S MOTION FOR LEAVE TO ASSERT COUNTERCLAIMS<br><br>re:  documents no. 477, 515 |

Plaintiff MedImmune, LLC ("MedImmune") moves for leave to assert "counterclaims-in-reply" in its reply to Defendant PDL BilPharma, Inc.'s ("PDL") First Amended Answer, Defenses, and Counterclaims.  On May 21, 2010, PDL filed a statement of non-opposition to the motion.  Pursuant to Civil Local Rule 7-1(b), the Court has determined that the motion is appropriate for determination without oral argument.  Having reviewed the moving papers, the Court concludes that the motion is well-taken.  Accordingly, the motion is GRANTED. The hearing date on the motion is hereby vacated.

IT IS SO ORDERED.

DATED: 6/7/10

_____
JEREMY FOGEL
United States District Judge