1   MICHELLE A. CHILDERS (SBN #197064)          *E-FILED 06-11-2010*
    michelle.childers@dbr.com
2   JOSEPHINE KO (SBN #233869)
    josephine.ko@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA  94105-2235
    Telephone:    (415) 591-7500
5   Facsimile:    (415) 591-7510

6   Attorneys for Petitioner
    Mark D. McDade
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   MEDIMMUNE, LLC,                     Case No. C08-05590 JF (HRL)

13                Plaintiff,             JOINT STIPULATION AND [PROPOSED]
                                         ORDER RE MOTION TO QUASH
14   v.                                  SUBPOENA ISSUED PURSUANT TO 28
                                         U.S.C. § 1783
15   PDL BIOPHARMA, INC.,
                                         (MODIFIED BY THE COURT)
16                Defendant.

17

18       WHEREAS the Court on May 27, 2010 issued a subpoena to Petitioner Mark McDade

19   ("Petitioner") compelling his appearance at a deposition pursuant to 28 U.S.C. § 1783;

20       WHEREAS, on June 7, 2010, Petitioner filed a Motion to Quash that subpoena;

21       WHEREAS, Plaintiff MedImmune, LLC ("Plaintiff") and Petitioner, in recognition of the

22   press of the existing discovery schedule and the nature of the issues involved in the Motion (*see*

23   Dkt. No. 494), have agreed to an expedited schedule for briefing and, if necessary, a hearing on

24   Petitioner's Motion, *see* Civil L.R. 6-2(a)(1);

25       WHEREAS, a list of previous time modifications appears below.  *See* Civil L.R. 6-

26   2(a)(2):

27

28

DRINKER BIDDLE &        JT STIPULATION AND [PROPOSED]
  REATH LLP             ORDER RE MTN TO QUASH                        CASE NO. C08-05590 JF (HRL)
ATTORNEYS AT LAW        SF01/ 689429.1
 SAN FRANCISCO

| Previous Time Modifications | Type |
|---|---|
| Jan. 12, 2009 (Dkt. No. 10).  Extension of time for PDL to answer MedImmune's First Amended Complaint. | Stipulation. |
| July 2, 2009 (Dkt. No. 125).  Extension of schedule for claim construction proceedings. | Stipulation and order. |
| Aug. 21, 2009 (Dkt. Nos. 130, 133).  Extension of case schedule and trial date to accommodate PDL's counsel. | Stipulation and order. |
| Nov. 30, 2009 (Dkt. No. 232).  Shortening of time on PDL's motion for a protective order. | Stipulation and order. |
| Jan. 8, 2010 (Dkt No. 301).  Extension of discovery deadlines with no impact on trial date to accommodate PDL. | Stipulation and order. |
| Mar. 1, 2010 (Dkt. No. 414).  Extension of time to serve expert reports requested by PDL. | Granted by court order. |
| Feb. 12, 2010 (Dkt. No. 367).  Extension of MedImmune's deadline to file a reply brief by four (4) days due to weather. | Stipulation and order. |
| Mar. 29, 2010 (Dkt. No. 471).  Extension of MedImmune's deadline to respond to PDL's First Amended Answer by three (3) days. | Stipulation. |
| Apr. 9, 2010 (Dkt. Nos. 479, 484).  Vacating of existing deadlines; creation of new deadlines to accommodate expansion of the case. | Court order. |
| Apr. 27, 2010 (Dkt. Nos. 494, 504).  Shortening of time on motion to issue subpoena pursuant to 28 U.S.C. § 1783. | Granted by court order. |

WHEREAS, the modification requested below will have no impact on the schedule of the case. *See* Civil L.R. 6-2(a)(3).  To the contrary, expediting the resolution of this issue makes it more likely that all necessary discovery will be completed within the current schedule.

Plaintiff and Petitioner hereby stipulate, by and through their respective counsel, as follows:

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT STIPULATION AND [PROPOSED]
ORDER RE MTN TO QUASH
SF01/ 689429.1                                     - 2 -                    CASE NO. C08-05590 JF (HRL)

1       1.    Petitioner shall file and serve his moving papers in support of the Motion on June

2  7, 2010;

3       2.    Plaintiff shall file and serve its opposition to the Motion, if any, no later than June

4  11, 2010;

5       3.    Petitioner shall file and serve its reply in support of the Motion, if any, no later

6  than June 17, 2010;

7       4.    Hearing on the Motion will be set for June 29, 2010, or as soon thereafter as this

8  matter may be heard in the above-captioned Court.

9      **IT IS SO STIPULATED.**

10

11  Dated: June 7, 2010                DRINKER BIDDLE & REATH LLP

12

13                                 By: _____
                                Michelle A. Childers

14                                 Josephine Ko

15                                 Attorneys for Petitioner
                                Mark McDade

16  Dated: June 7, 2010                **WILLIAMS & CONNOLLY LLP**

17

18                                 By: _____

19                                 Gerson A. Zweifach (admitted *pro hac vice*)
                                Paul B. Gaffney (admitted *pro hac vice*)

20                                 Aaron P. Maurer (admitted *pro hac vice*)
                                David I. Berl (No. 211761)

21                                 Jessamyn S. Berniker  (admitted *pro hac vice*)
                                Thomas S. Fletcher (No. 262693)

22

23                                 Attorneys for Plaintiff
                                MedImmune LLC

24

25                          **ORDER**

26      Based on the above stipulation of the parties and for good cause showing, **IT IS**

27  **HEREBY ORDERED** that Petitioner Mark McDade's Motion to Quash Subpoena Issued

28  Pursuant to 28 U.S.C. § 1783 shall be heard on June 29, 2010.  Petitioner shall file and serve his

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO
    JT STIPULATION AND ~~PROPOSED~~
ORDER RE MTN TO QUASH         - 3 -          CASE NO. C08-05590 JF (HRL)
SF01/689429.1

1   moving papers in support of the Motion on June 7, 2010.  Opposition papers, if any, shall be filed

2   and served no later than June 11, 2010.  Reply papers, if any, shall be filed and served no later

3   than June ~~XX~~ **15** 2010.

4   **IT IS SO ORDERED.**

5

6   Dated:   June 11, 2010

7   Hon. Howard R. Lloyd
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT STIPULATION AND ~~[PROPOSED]~~
ORDER RE MTN TO QUASH
SF01/ 689429.1                                    - 4 -                         CASE NO. C08-05590 JF (HRL)