**E-Filed 6/23/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PDL BIOPHARMA, INC.,<br><br>    Defendant. | Case Number C 08-5590 JF (HRL)<br><br>ORDER[1] REQUESTING RESPONSE TO OBJECTION TO DISCOVERY ORDER<br><br>[Re: Docket No. 581] |

Defendant has filed an objection to Magistrate Judge Lloyd's discovery order of June 10, 2010, granting Plaintiff's motion to quash certain 30(b)(6) discovery requests. Plaintiff shall its response to the objection, if any, on or before July 7, 2010. Defendant may file a reply to Plaintiff's response, if any, on or before July 14, 2010. The matter thereafter will be taken under submission without oral argument.

IT IS SO ORDERED.

DATED: June 23, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.