**United States District Court**
For the Northern District of California

1

2                                                    **\*E-FILED 07-06-2010\***

3

4

5

6

7                                    NOT FOR CITATION

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11    MEDIMMUNE, LLC,                              No. C08-05590 JF (HRL)

12              Plaintiff,                         **INTERIM ORDER RE DEFENDANT'S
                                                   MOTION TO SEAL**
        v.
13

14    PDL BIOPHARMA, INC.,                         **[Re: Docket No. 560]**

15              Defendant.
                                              /
16

17          Defendant PDL Biopharma, Inc. (PDL) moves to seal portions of (1) PDL's motion to

18    compel discovery (Docket No. 563), (2) the supporting declaration of Raymond LaMagna, and

19    (3) Exhibits A, D, and I-L of the LaMagna Declaration (Docket No. 565).  This court notes that

20    Exhibit A, which both sides claim to be confidential, is subject to prior sealing orders.

21    Nevertheless, as to the vast majority of the exhibits submitted for sealing, PDL says that sealing

22    is warranted because the subject information has been designated for "Attorneys Eyes Only" by

23    MedImmune.  MedImmune, however, has not filed declaration(s) establishing that the

24    information is sealable.  Moreover, there is a suggestion in the papers before this court that at

25    least some of the information submitted for sealing may be matters of public record.  Although

26    the information is now subject to being made part of the court's public record pursuant to Civil

27    Local Rule 79-5(d), MedImmune will be given an additional opportunity to explain why sealing

28    is required.

1          Accordingly, **no later than July 9, 2010**, MedImmune shall file declaration(s) from

2    appropriate person(s) establishing that the subject documents (or portions thereof) are

3    privileged or protectable as a trade secret or otherwise entitled to protection under the law.  Civ.

4    L. R. 79-5(a).

5          SO ORDERED.

6    Dated:     July 6, 2010

7                                                              _____

8                                              HOWARD R. LLOYD
                                               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1  5:08-cv-05590-JF Notice has been electronically mailed to:

2  Aaron P. Maurer     amaurer@wc.com

3  Aaron Y Huang     aaron.huang@weil.com

4  Dana Johannes Finberg     DANA.FINBERG@LECLAIRRYAN.COM

5  David Isaac Berl     dberl@wc.com

6  David Isaac Gindler     DGindler@Irell.com, dlieberman@irell.com

7  Gerson Avery Zweifach     gzweifach@wc.com

8  Gregory Hull     greg.hull@weil.com, rebecca.kraus@weil.com

9  Jason George Sheasby , ESQ     JSheasby@Irell.com, ewong@irell.com, mdonovan@irell.com

10  Jeffrey E. Faucette     jfaucette@tcolaw.com, cdunbar@tcolaw.com, cwoodrich@tcolaw.com, mcianfrani@tcolaw.com

11  Jessamyn Sheli Berniker     jberniker@wc.com

12  Matthew Kevin Wisinski     matthew.wisinski@leclairryan.com, karen.greer@leclairryan.com

13  Paul B. Gaffney     pgaffney@wc.com

14  Raymond Angelo LaMagna     rlamagna@irell.com

15  T. Ray Guy     ray.guy@weil.com

16  Vernon Michael Winters     vern.winters@weil.com, nettie.asiasi@weil.com

17

18  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

19

20

21

22

23

24

25

26

27

28

3