*E-FILED 07-08-2010*

*(Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case No. CV 08 5590 JF |
| Plaintiff, | Action Filed: December 16, 2008 |
| v. | **STIPULATION AND [PROPOSED] ORDER MODIFYING PROTECTIVE ORDER** |
| PDL BIOPHARMA, INC., | |
| Defendant. | Honorable Howard R. Lloyd |

STIPULATION AND [PROPOSED] ORDER MODIFYING PROTECTIVE ORDER:
CASE NO. CV-08-5590 (JF)

A.  Whereas Defendant PDL BioPharma, Inc. ("PDL") has served certain requests for production upon MedImmune, LLC ("MedImmune") that call for the production of documents containing information covered by confidentiality agreements between MedImmune and certain third parties;

B.  Whereas MedImmune has provided notice of the requests and a copy of the Protective Order (Docket No. 113) to the certain third parties;

C.  Whereas certain third parties have objected to the production of documents pursuant to the current version of the Protective Order because the Protective Order permits employees within PDL to review even documents designated "HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY," see Section 7.3;

D.  Whereas the Court has the authority to modify the protective order as requested, *see Brown Bag Software v. Symantec Corp.*, 960 F.2d 1365, 1370-71 (9th Cir. 1992); and

E.  Whereas, in the interest of minimizing third-party motions practice, MedImmune and PDL have agreed to accommodate the requests of the certain third parties;

IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and PDL as follows:

1.  Section 2 of the Protective Order (Docket No. 113) is modified to add the following Section 2.4.1.

"THIRD-PARTY CONFIDENTIAL—OUTSIDE COUNSEL'S EYES ONLY" Information or Items:  extremely sensitive "HIGHLY CONFIDENTIAL" information, the potential production of which has caused a third party to object to the disclosure of the information to another Party.

2.  Sections 2.7, 2.8, 5.2(a), 5.2(b), 5.2(c), 5.3, 6.3, 8, and 12.4 are amended to add the phrase "or THIRD-PARTY CONFIDENTIAL—OUTSIDE COUNSEL'S EYES ONLY" after the phrase "'CONFIDENTIAL' or "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY.'"

3.  Section 7 of the Protective Order is modified to add the following Section 7.6. Disclosure of "THIRD-PARTY CONFIDENTIAL—OUTSIDE COUNSEL'S EYES ONLY"

<u>Information of Items.</u>  Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose the information or item designated <u>"THIRD-PARTY CONFIDENTIAL—OUTSIDE COUNSEL'S EYES ONLY"</u> only to:

(a) the Receiving Party's Outside Counsel;

(b) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this litigation, and (2) who have been subject to section 7.4 above and who have signed the "Agreement to Be Bound by Protective Order" (Exhibit A);

(c) the Court and its personnel;

(d) court reporters, their staffs, and professional vendors to whom disclosure is reasonably necessary for this litigation; and

(e) witnesses, to the extent provided in section 7.5.

4. Section 7.5 of the Protective Order (Docket No. 113) is amended to replace the final sentence with the following:

Protected Material may be disclosed to third-party fact witnesses during the course of a deposition only if the deponent is reasonably believed to be already familiar with such Protected Material, *except* that material designated "THIRD-PARTY CONFIDENTIAL—OUTSIDE COUNSEL'S EYES ONLY" may not be shown to third-party fact witnesses.  To illustrate, a document produced by MedImmune and designated "THIRD-PARTY CONFIDENTIAL—OUTSIDE COUNSEL'S EYES ONLY" may not be shown to a fact witness currently employed by PDL during that witness' deposition.

1 | SO STIPULATED.

2 | DATED: July 7, 2010.                                WILLIAMS & CONNOLLY LLP

                                                        /s/ Thomas S. Fletcher
                                                    GERSON A. ZWEIFACH
                                                    PAUL B. GAFFNEY
                                                    AARON P. MAURER
                                                    DAVID I. BERL
                                                    JESSAMYN S. BERNIKER
                                                    THOMAS S. FLETCHER

                                                    Attorneys for Plaintiff
                                                    MEDIMMUNE, LLC

DATED: July 7, 2010.                                WEIL, GOTSHAL & MANGES LLP

                                                        /s/ Peter Sandel
                                                    MATTHEW D. POWERS
                                                    VERNON M. WINTERS
                                                    PETER SANDEL
                                                    REBECCA FETT
                                                    AARON Y. HUANG

                                                   Attorneys for Defendant
                                                   PDL BIOPHARMA, INC.

                                     [PROPOSED] ORDER

Good cause appearing, IT IS SO ORDERED.

DATED:  July 8, 2010  .

                                                  THE HONORABLE HOWARD R. LLOYD
                                                  UNITED STATES MAGISTRATE JUDGE

**GENERAL ORDER ATTESTATION**

I, Jeffrey E. Faucette, am the ECF user whose ID and password are being used to file the **Stipulation And [Proposed] Order Modifying Protective Order**.

In compliance with General Order 45, X.B., I hereby attest that Thomas S. Fletcher and Peter Sandel have concurred in this filing.

/s/<br>Jeffrey E. Faucette

4.

STIPULATION AND [PROPOSED] ORDER MODIFYING PROTECTIVE ORDER:
CASE NO. CV-08-5590 (JF)