1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  VERNON M. WINTERS (Bar No. 130128)
   vern.winters@weil.com
3  GREGORY D. HULL (Bar No. 57367)
   greg.hull@weil.com
4  AARON Y. HUANG (Bar No. 261903)
   aaron.huang@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100

   PETER SANDEL (admitted *pro hac vice*)
9  peter.sandel@weil.com
   REBECCA FETT (admitted *pro hac vice*)
10 rebecca.fett@weil.com
   WEIL, GOTSHAL & MANGES LLP
11 767 Fifth Avenue
   New York, NY 10153
12 Telephone: (212) 310-8000
   Facsimile: (212) 310-8007

   P. CHRISTINE DERUELLE (*pro hac vice*)
14 christine.deruelle@weil.com
   WEIL, GOTSHAL & MANGES LLP
15 1395 Brickell Avenue, Suite 1200
   Miami, FL 33131
16 Telephone: (305) 577-3100
   Facsimile: (305) 374-7159

   DAVID I. GINDLER (Bar No. 117824)
   dgindler@irell.com
   RAYMOND LAMAGNA (Bar No. 244821)
   rlamagna@irell.com
   IRELL & MANELLA LLP
   1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
   Telephone: (310) 277-1010
   Facsimile: (310) 203-7199

   T. RAY GUY (admitted *pro hac vice*)
   ray.guy@weil.com
   WEIL, GOTSHAL & MANGES LLP
   200 Crescent Court, Suite 300
   Dallas, TX 75201
   Telephone: (214) 746-7700
   Facsimile: (214) 746-7777

18 Attorneys for Defendant,
   PDL BIOPHARMA, INC.

\*\*E-Filed 7/15/2010\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PDL BIOPHARMA, INC.,<br><br>  Defendant. | Case No. C 08-5590 JF<br><br>[PROPOSED] ORDER GRANTING PDL'S MOTION FOR LEAVE TO AMEND AND FILE SECOND AMENDED COUNTERCLAIMS<br><br>Honorable Jeremy Fogel<br>Hearing Date: ~~July 30, 2010~~ submitted w/o hearing<br>Time:         9:00 a.m.<br>Courtroom:    3, 5th Floor |

1  Defendant PDL BioPharma, Inc. ("PDL"), has filed a Motion for Leave to Amend and File
2  Second Amended Counterclaims. After considering the papers submitted, and the papers on file
3  in this case, and the various arguments of the parties, and good cause appearing,
4  PDL's Motion for Leave to Amend and File Second Amended Counterclaims is
5  GRANTED.
6  IT IS SO ORDERED.

9  Dated: 7/15/2010

   The Honorable Jeremy Fogel
   United States District Judge

[PROPOSED] ORDER GRANTING PDL'S MOTION FOR
LEAVE TO AMEND AND FILE SECOND AMENDED
COUNTERCLAIMS

- 1 -