| | |
|---|---|
| GERSON A. ZWEIFACH (admitted *pro hac vice*) | MATTHEW D. POWERS (Bar No. 104795) |
| PAUL B. GAFFNEY (admitted *pro hac vice*) | VERNON M. WINTERS (Bar No. 130128) |
| DAVID I. BERL (No. 211761) | GREGORY D. HULL (Bar No. 57367) |
| JESSAMYN S. BERNIKER (admitted *pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| THOMAS S. FLETCHER (No. 262693) | Silicon Valley Office |
| WILLIAMS & CONNOLLY LLP | 201 Redwood Shores Parkway |
| 725 Twelfth Street, NW | Redwood Shores, CA 94065 |
| Washington, DC 20005-5901 | Telephone: (650) 802-3000 |
| Telephone: (202) 434-5000 | Facsimile: (650) 802-3100 |
| Facsimile: (202) 434-5029 | |
| | T. RAY GUY (admitted *pro hac vice*) |
| ELLIOT M. OLSTEIN (admitted *pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C. | 200 Crescent Court, Suite 300 |
| Five Becker Farm Road | Dallas, TX 75201 |
| Roseland, NJ 07068-1739 | Telephone: (214) 746-7700 |
| Telephone: (973) 994-1700 | Facsimile: (214) 746-7777 |
| Facsimile: (973) 994-1744 | |
| | DAVID I. GINDLER (Bar No. 117824) |
| JEFFREY E. FAUCETTE (No. 193066) | JASON G. SHEASBY (Bar No. 205455) |
| TAYLOR & COMPANY | IRELL & MANELLA LLP |
| Law Offices, LLP | 1800 Avenue of the Stars, Suite 900 |
| One Ferry Building, Suite 355 | Los Angeles, CA 90067-4276 |
| San Francisco, CA 94111 | Telephone: (310) 277-1010 |
| Telephone: (415) 788-8200 | Facsimile: (310) 203-7199 |
| Facsimile: (415) 788-8208 | |
| *Attorneys for Plaintiff MedImmune, LLC* | *Attorneys for Defendant and Counterclaim-Plaintiff PDL BioPharma, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC, | Case No.: CV-08-5590 (JF) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT SCHEDULE |
| v. | |
| PDL BIOPHARMA, INC., | Trial Date: January 21, 2011 |
| Defendant. | |

1  WHEREAS, MedImmune, LLC and PDL BioPharma, Inc. (collectively "the parties") have agreed to extend the deadline for the exchange of certain expert reports, and

WHEREAS, the proposed extension of the deadlines for these expert reports will not impact the trial date or other deadlines in the case calendar:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the expert report schedule be modified as set forth below.

| Event | Date |
|---|---|
| Parties' expert reports (on issues first raised by First Amended Answer or responsive pleading thereto, for which a party bears the burden of proof). | August 23, 2010 |
| Parties' rebuttal expert reports. | September 15, 2010 |

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the parties that all expert depositions shall be completed by October 7, 2010, the current deadline for expert discovery.

No other aspect of the case schedule is modified by this Stipulation and Order.

DATED: August 3, 2010           Respectfully Submitted,

　　/s/ Jessamyn S. Berniker　　
Jessamyn S. Berniker
Attorney for Plaintiff, MedImmune LLC

　　/s/ David I. Gindler　　
David I. Gindler
Attorney for Defendant, PDL Biopharma, Inc.

IT IS SO ORDERED.

DATED: __8/3____, 2010.

_____
The Honorable Jeremy Fogel
United States District Judge

1
STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. CV-08-5590 (JF)