1

2
**E-Filed 8/18/2010**

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MEDIMMUNE, LLC, | Case Number C 08-5590 JF (HRL) |
| Plaintiff, | ORDER[1] RE REQUEST FOR CLARIFICATION |
| v. | [Re: Docket No. 735] |
| PDL BIOPHARMA, INC., | |
| Defendant. | |

On August 9, 2010, pursuant to Fed. R. Civ. P. 53, the Court appointed Martin Quinn, Esq. as Special Master with respect to discovery matters in the instant action.  The Court referred all pending discovery motions and disputes between the parties to the Special Master.  On August 13, 2010, non-parties Genentech, Inc. and City of Hope filed a request for clarification with respect to the appointment of a Special Master.  As requested by these non-parties, the Court will retain the pending motion to intervene and related motion for a protective order filed by Genentech, Inc. and City of Hope, as well as Defendant PDL Biopharma, Inc.'s cross-motion to compel.  These motions will be heard on September 10, 2010 at 9:00 A.M.

---

[1] This disposition is not designated for publication in the official reports.

Case Number C 08-5590 JF (HRL)
ORDER RE REQUEST FOR CLARIFICATION
(JFLC1)

1  IT IS SO ORDERED.

2  DATED: August 18, 2010

3  _____

4  JEREMY FOGEL
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case Number C 08-5590 JF (HRL)
ORDER RE REQUEST FOR CLARIFICATION
(JFLC1)