**E-Filed 8/30/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PDL BIOPHARMA<br><br>　　　　　　Defendant. | Case No. C 08-5590 JF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION BY NONPARTIES DAVID MOTT, MICHAEL RICHMAN, LESLIE SYDNOR JOHNSON AND JAMES YOUNG FOR LEAVE TO SPECIALLY APPEAR FOR THE LIMITED PURPOSE OF OPPOSING PDL'S MOTION FOR AN ORDER DIRECTING DEPOSITIONS [DKT. NO. 605]** |

Nonparties David Mott, Michael Richman, Leslie Sydnor Johnson and James Young have moved this Court for leave to specially appear for the limited purpose of opposing PDL's motion for an order directing depositions of them [Dkt. No. 605]. Having considered the motion, it is hereby **GRANTED**. Messrs. Mott, Richman, Johnson and Young are hereby granted leave to specially appear for the limited purpose of opposing PDL's motion [Dkt. No. 605], via both briefing and oral argument, without waiving and without any present or future prejudice to their positions on personal, statutory, and subject matter jurisdiction. In accordance with this Order, the opposition brief of Messrs. Mott, Richman, Johnson and Young and its accompanying papers are hereby deemed **FILED**.

DATED: 8-30-10

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE