Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287

SPECIAL MASTER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PDL BIOPHARMA,<br><br>Defendants. | CASE NO. C 08-5590 JF<br><br>**SPECIAL MASTER'S DISCOVERY ORDER NO. 4: PDL'S MOTION TO COMPEL DISCOVERY RELEVANT TO PDL'S EIGHTH COUNTERCLAIM FOR INFRINEGMENT (No hrg.)** |

On July 6, 2010, PDL BioPharma, Inc. filed its motion to compel production of documents relevant to its counterclaim for willful infringement seeking, in particular, (a) negotiation and drafting documents concerning MedImmune's licenses for patents other than those belonging to PDL related to the Synagis product, (b) expert reports and testimony given in other cases by Drs. Rees and Ravetch, MedImmune's disclosed experts in this case, and (c) MedImmune's regulatory filings as to the patent-in-suit and prior art. On or about August 9, 2010, the Court referred this motion to the Special Master for hearing and disposition. Hearing was set for September 16, 2010. On September 13, 2010, I issued a tentative ruling on this and other scheduled motions, and counsel advised me that they had reached a stipulation as to all

submitted motions. Accordingly, I now enter the following Order, the terms of which have been agreed to by both parties.

PDL argues that it needs negotiation and drafting documents to determine an appropriate royalty rate for purposes of its damage claim. MedImmune argues that it has already produced the licenses themselves from which PDL can determine the royalty rates that MedImmune is paying. The motion is denied as to negotiation and drafting documents because the relevant evidence for determining a reasonable royalty is what MedImmune paid, which can be determined from the actual licenses already produced.

With respect to PDL's request for prior testimony of experts, the motion is granted. MedImmune must produce any responsive material in its possession, and in its experts' possession. MedImmune's experts are not obligated to request responsive materials from non-parties for whom any of them previously worked.

Regarding MedImmune's regulatory filings for Synagis, PDL's motion is granted in part. MedImmune is obligated to search those filings that in their present state are electronically searchable for responsive documents.

Accordingly, good cause appearing it is ORDERED that:

1. PDL's motion to compel production of negotiation and drafting documents pertaining to non-PDL patents is DENIED.

2. PDL's motion to compel production of expert material and regulatory filings is GRANTED to the extent set forth in this Order. MedImmune shall produce responsive documents pursuant to the terms of this Order within 10 business days.

Dated: October 7, 2010

Martin Quinn, Special Master