**E-Filed 10/21/2010**

GERSON A. ZWEIFACH (admitted *pro hac vice*)
PAUL B. GAFFNEY (admitted *pro hac vice*)
DAVID I. BERL (No. 211761)
JESSAMYN S. BERNIKER (admitted *pro hac vice*)
THOMAS S. FLETCHER (No. 262693)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029

JEFFREY E. FAUCETTE (No. 193066)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Ste. 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

ELLIOT M. OLSTEIN
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN, P.C.
Five Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Attorneys for Plaintiff,
MEDIMMUNE, LLC

MATTHEW D. POWERS (No. 104795)
VERNON M. WINTERS (No. 130128)
GREGORY D. HULL (No. 57367)
AARON Y. HUANG (No. 261903)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID I. GINDLER (No. 117824)
JASON G. SHEASBY (No. 205455)
RAYMOND LAMAGNA (No. 244821)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Additional Counsel Listed After Signature Page*

Attorneys for Defendant,
PDL BIOPHARMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PDL BIOPHARMA, INC.,<br><br>    Defendant. | Case No.: CV-08-5590 (JF)<br><br>**STIPULATED REQUEST FOR AND PROPOSED ORDER TO EXTEND BY ONE DAY BRIEFING ON SUMMARY JUDGMENT MOTIONS, PURSUANT TO LOCAL RULE 6-2** |

1  WHEREAS, the parties' motions for summary judgment are currently due on October 21,
2  2010, the parties' oppositions are currently due on November 11, 2010; and the parties' replies are
3  currently due on November 18, 2010;
4  WHEREAS, the parties are in the midst of ongoing discovery and depositions ordered by
5  the Special Master, including depositions taking place on October 20 and 21, 2010;
6  WHEREAS, the parties would like the option of including this evidence in their motions
7  for summary judgment; and
8  WHEREAS, a one-day extension would give the parties this opportunity.
9  IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and PDL
10 that the parties' motions for summary judgment will be due on October 22, 2010; the parties'
11 oppositions will be due on November 12, 2010; and the parties' replies will be due on November
12 19, 2010.

Dated: October 20, 2010             WILLIAMS & CONNOLLY LLP


                                    */s/ Jessamyn S. Berniker*
                                    GERSON A. ZWEIFACH
                                    PAUL B. GAFFNEY
                                    AARON P. MAURER
                                    DAVID I. BERL
                                    JESSAMYN S. BERNIKER

                                    Attorneys for Plaintiff
                                    MEDIMMUNE, LLC


DATED: October 20, 2010             WEIL, GOTSHAL & MANGES LLP


                                    */s/ Aaron Y. Huang*
                                    AARON Y. HUANG

                                    Attorneys for Defendant
                                    PDL BIOPHARMA, INC.

1.
STIPULATED REQUEST FOR ORDER CHANGING TIME: CASE NO. CV-08-5590 (JF)

*Additional Counsel:*

T. RAY GUY (admitted *pro hac vice*)
ray.guy@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

ELIZABETH S. WEISWASSER (pending *pro hac vice*)
PETER SANDEL (admitted *pro hac vice*)
peter.sandel@weil.com
REBECCA FETT (admitted *pro hac vice*)
rebecca.fett@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

P. CHRISTINE DERUELLE (admitted *pro hac vice*)
christine.deruelle@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

Attorneys for Defendant,
PDL BioPharma, Inc.

## GENERAL ORDER ATTESTATION

I, Kimberly Taylor, am the ECF user whose ID and password are being used to file the parties' STIPULATED REQUEST FOR AND PROPOSED ORDER TO EXTEND BY ONE DAY BRIEFING ON SUMMARY JUDGMENT MOTIONS, PURSUANT TO LOCAL RULE 6-2.  In compliance with General Order 45, X.B., I hereby attest that Jessamyn S. Berniker, counsel for Plaintiff, and Aaron Y. Huang, counsel for Defendant, have concurred in this filing.

 */s/ Kimberly Taylor*

2.
STIPULATED REQUEST FOR ORDER CHANGING TIME: CASE NO. CV-08-5590 (JF)

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: __October 21__, 2010      _____
                                     THE HONORABLE JEREMY FOGEL
5                                    UNITED STATES DISTRICT COURT JUDGE