GERSON A. ZWEIFACH (*pro hac vice*)
PAUL B. GAFFNEY (*pro hac vice*)
DAVID I. BERL (No. 211761)
JESSAMYN S. BERNIKER (*pro hac vice*)
THOMAS S. FLETCHER (No. 262693)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005-5901
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029

JEFFREY E. FAUCETTE (No. 193066)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Ste. 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

ELLIOT M. OLSTEIN
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN, P.C.
Five Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

Attorneys for Plaintiff,
MEDIMMUNE, LLC

MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
GREGORY D. HULL (Bar No. 57367)
gregory.hull@weil.com
AARON Y. HUANG (Bar No. 261903)
aaron.huang@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID I. GINDLER (No. 117824)
JASON G. SHEASBY (No. 205455)
RAYMOND LAMAGNA (No. 244821)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Additional Counsel Listed After Signature Page*

Attorneys for Defendant,
PDL BIOPHARMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEDIMMUNE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>PDL BIOPHARMA, INC.,<br><br>  Defendant. | Case No.: CV-08-5590 (JF)<br><br>**STIPULATED REQUEST FOR AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR FILING JOINT PRETRIAL CONFERENCE STATEMENT BY ONE WEEK** |

WHEREAS, the parties' joint pretrial conference statement is currently due on December 3, 2010.

IT IS HEREBY STIPULATED AND AGREED by and between MedImmune and PDL that, with the Court's permission, the deadline for the parties to file their joint pretrial conference statement will be moved to December 10, 2010.  The Pretrial Conference will remain scheduled for December 17, 2010.

Dated: November 17, 2010          WILLIAMS & CONNOLLY LLP

                                                      */s/ Jessamyn S. Berniker*
                                                      JESSAMYN S. BERNIKER

Attorneys for Plaintiff
MEDIMMUNE, LLC

DATED: November 17, 2010          WEIL, GOTSHAL & MANGES LLP

                                                      */s/ Aaron Y. Huang*
                                                      AARON Y. HUANG

Attorneys for Defendant
PDL BIOPHARMA, INC.

## GENERAL ORDER ATTESTATION

I, **Aaron Huang**, am the ECF user whose ID and password are being used to file the parties' Stipulated Request For And Proposed Order To Extend Time For Filing Joint Pretrial Conference Statement By One Week.  In compliance with General Order 45, X.B., I hereby attest that Jessamyn S. Berniker, counsel for Defendant, has concurred in this filing.

                                                               */s/ Aaron Y. Huang*

*Additional Counsel:*

VERNON M. WINTERS (Bar No. 130128)
wintersv@gtlaw.com
GREENBERG TRAURIG LLP
53 Townsend Street
San Francisco, CA 94107
Telephone: (415) 655-1262
Facsimile: (415) 520-5714

ELIZABETH S. WEISWASSER (admitted *pro hac vice*)
PETER SANDEL (admitted *pro hac vice*)
peter.sandel@weil.com
REBECCA FETT (admitted *pro hac vice*)
rebecca.fett@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

T. RAY GUY (admitted *pro hac vice*)
ray.guy@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

P. CHRISTINE DERUELLE (admitted *pro hac vice*)
christine.deruelle@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

JOSHUA P. DAVIS (pending *pro hac vice*)
josh.davis@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546 5000
Facsimile: (713) 224 9511

Attorneys for Defendant,
PDL BioPharma, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __11/22__, 2010         _____
                                THE HONORABLE JEREMY FOGEL
                                UNITED STATES DISTRICT COURT JUDGE